MAGISTRATE JUDGE

13-CR-05365-ORD

FILED                LODGED
RECEIVED

AUG 26 2013

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                                    DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA, )  CASE NO.  3.13 - CR - 05365
                                              )
        Plaintiff,                            )  FINDINGS AND ORDER ACCEPTING
                                              )  DEFENDANT FOR DEFERRED
        vs.                                   )  PROSECUTION, APPROVING
                                              )  TREATMENT PLAN, AND DIRECTING
XAVIER JOHNSON                                )  DEFENDANT TO TAKE TREATMENT
                                              )  AS PRESCRIBED
        Defendant/Petitioner.                 )
                                              )  (Clerk's Action Required)
                                              )
_____     )

THIS MATTER, coming on for hearing this 22nd day of JULY , 2013 upon the

defendant's Petition for Deferred Prosecution; the defendant appearing in person and by her/his

attorney, LINDA CALLAHAN ; the United States of America being represented by

G. R. AIKIN , Assistant United States Attorney; the Court, having

examined and incorporated into the record Petitioner's Petition and Statement in support of

deferred prosecution, the evaluation and treatment report prepared by NORTHSTAR ,

and the files and records herein, being fully advised in the premises, does now make and enter

the following:

///

///

FINDINGS AND ORDER ACCEPTING DEFENDANT
FOR DEFERRED PROSECUTION - 1

# I. FINDINGS OF FACT

A.     On or about the 25th day of _MARCH_ , 20_13_ , Petitioner was charged with the offense/offenses charged in the Information.  This offense occurred as a direct result of alcoholism/chemical dependency problems;

B.     Petitioner suffers from an alcohol/drug problem and is in need of treatment;

C.     The probability of similar misconduct in the future is great if the problem is not treated;

D.     Petitioner is amenable to treatment;

E.     An effective rehabilitative treatment plan is available to Petitioner through _NORTHSTAR_ , an approved treatment facility as designated by the laws of the State of Washington, and Petitioner agrees to be liable for all costs of this treatment program;

F.     That Petitioner agrees to comply with the terms and conditions of the program offered by the treatment facility as set forth in the diagnostic evaluation from _NORTHSTAR   TREATMENT_ , attached to Statement of Petitioner filed herewith, and that Petitioner agrees to be liable for all costs of this treatment program;

G.     That Petitioner has knowingly and voluntarily stipulated to the admissibility and sufficiency of the facts as contained in the written police report attached to Statement of Petitioner filed herewith.

H.     That Petitioner has acknowledged the admissibility of the stipulated facts in any criminal hearing or trial on the underlying offense or offenses held subsequent to revocation of this Order Granting Deferred Prosecution and that these reports will be used to support a finding of guilt;

From the foregoing FINDINGS OF FACT, the Court draws the following:

/ / /

FINDINGS AND ORDER ACCEPTING DEFENDANT
FOR DEFERRED PROSECUTION - 2

## II. CONCLUSIONS OF LAW

A.    That the above-entitled Court has jurisdiction over the subject matter and Petitioner __XAVIER   JOHNSON__ , in this case;

B.    That Petitioner's Petition for Deferred Prosecution meets the requirements of RCW 10.05 et seq.;

C.    That the diagnostic evaluation and commitment to treatment meets the requirements of RCW 10.05.150;

D.    That Petitioner is eligible for deferred prosecution.

## III. ORDER

Having made and entered the foregoing FINDINGS OF FACT and CONCLUSIONS OF LAW, it is hereby

ORDERED that the defendant is accepted for deferred prosecution. The prosecution of the above-entitled matter is hereby deferred for five (5) years pursuant to RCW 10.05 et seq., upon the following terms and conditions:

A.    Petitioner shall be on probation for the deferral period and follow the rules and regulations of probation;

B.    Petitioner shall enroll in and successfully complete the two-year treatment program recommended by __NORTHSTAR   TREATMENT__ according to the terms and conditions of that plan as outlined in the diagnostic evaluation, a true copy of which is attached to the Petition and incorporated herein by reference. Petitioner shall not change treatment agencies without prior Probation approval;

C.    The treatment facility, __NORTHSTAR   TREATMENT__ , shall file with the United States Probation Office status reports of Petitioner's compliance with treatment, monthly during the first year of the deferred prosecution period and every three (3) months during the second year. The Court may increase the frequency of these reports at its discretion;

FINDINGS AND ORDER ACCEPTING DEFENDANT
FOR DEFERRED PROSECUTION - 3

1    D.    Petitioner shall notify U.S. Probation within 72 hours of any residence change.

2    E.    Petitioner shall abstain during the deferred prosecution period from any and all

3    consumption of alcoholic beverages and/or non-prescribed mind-altering drugs;

4    F.    Petitioner shall not operate a motor vehicle on the public highways without a valid

5    operator's license and proof of liability insurance sufficient to comply with the state laws on

6    financial responsibility;

7    G.    Petitioner shall be law abiding and shall not commit any alcohol/drug related

8    offenses or other criminal offenses during the period of deferral,

9    H.    Petitioner shall notify U.S. Probation within 72 hours of being arrested,

10   questioned, or cited by Law Enforcement;

11   I.    In the event that Petitioner fails or neglects to carry out and fulfill any term or

12   condition of her/his treatment plan or violates any provision of this Order or any rule or

13   regulation of her/his probation officer, upon receiving notice, the Court shall hold a hearing to

14   determine why Petitioner should not be removed from deferred prosecution and prosecuted for

15   the offense/offenses charged;

16   J.    In the event the Court finds cause to revoke this deferred prosecution, the

17   stipulated police reports shall be admitted into evidence, and Petitioner shall have her guilt or

18   innocence determined by the Court;

19   K.    That the statement of Petitioner for Deferred Prosecution shall remain sealed, and

20   all subsequent reports or documents relating to her treatment information shall be sealed, to

21   maintain confidentiality of Petitioner's treatment information;

22   L.    That the Department of Licensing be notified of this Order accepting the

23   Petitioner for deferred prosecution;

24   M.    Upon proof of Petitioner's successful completion of five years deferral period in

25   this Order, the Court shall dismiss the charges pending against Petitioner.

26   N.    Additional conditions: _____

FINDINGS AND ORDER ACCEPTING DEFENDANT
FOR DEFERRED PROSECUTION - 4

1

2

3

4

5    DONE IN OPEN COURT this  26ᵗʰ  day of ___August___, 20 13.

6

7

8

9                                                UNITED STATES MAGISTRATE JUDGE

10   Presented by:

11

12   _____

13   Attorney for Petitioner

14       I have received a copy of the foregoing Order of Deferred Prosecution. I have read and
     understand its contents, and agree to abide by the terms and conditions set forth herein.
15

16

17   Dated: 7/14/2013 _____   _____

18                                        Petitioner

19

20       I certify that a copy of this signed Order was mailed to the subject treatment facility, on
     __August 30___, 20 13. The United States Probation Office was also furnished a copy
21   of this Order.

22                                        _____

23                                        Clerk

24

25

26

FINDINGS AND ORDER ACCEPTING DEFENDANT
FOR DEFERRED PROSECUTION - 5